THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVON R. HAYES, : No. 4:14-cv-01922
:
    Plaintiff, : (Judge Brann)
:
v. : (Magistrate Judge Schwab)
:
:
BRIAN LIGHTNER, et al., :
:
    Defendants. :

## ORDER

**AND NOW,** this 5th day of November 2015, **IT IS HEREBY ORDERED** that:

1. United States Magistrate Judge Susan E. Schwab's Report and Recommendation, ECF No. 40, is ADOPTED in full.

2. Defendants' Motion for Judgment on the Pleadings, ECF No. 23, is GRANTED IN PART AND DENIED PART, consistent with the Report and Recommendation.

3. This order leaves unchanged Magistrate Judge Schwab's June 9, 2015 Case Management Order, ECF No. 18.

4. The matter is remanded to Magistrate Judge Schwab for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

<u>/s Matthew W. Brann</u>
Matthew W. Brann
United States District Judge